UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JAMES FRANCIS BRUNS, Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** ) ) No. 4:23-CV-111-FL |
| MARTIN O'MALLEY, Commissioner the Social Security Defendant. | ) ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees to which stipulation was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 27, 2024, that defendant pay to plaintiff $5,400.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on November 27, 2024, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)

November 27, 2024 PETER A. MOORE, JR., CLERK

 /s/ Sandra K. Collins
 (By) Sandra K. Collins, Deputy Clerk