IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-00111 FL

| | |
|---|---|
| JAMES BRUNS, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | DEFENDANT'S ORDER TO |
| ) | MOTION FOR |
| ) | 42 U.S.C. § 406(b) FEES |
| FRANK BISIGNANO, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 24th day of July, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Derrick K. Arrowood, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $11,500.00 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

_____
LOUISE W. FLANAGAN
United States District Judge